# Court of Appeals
# of the State of Georgia

ATLANTA,_____August 15, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A2139. LOWELL L. REGISTER et al. v. GREEN BULL PARTNERS, LLC et al.**

**A16A2140. GREEN BULL GEORGIA PARTNERS, LLC v. LOWELL L. REGISTER et al.**

**A16A2141. JOHN W. MILLS, III v. LOWELL L. REGISTER et al.**

In Case No. A16A2139, plaintiffs Lowell and Janice Register appeal to this Court from the superior court's order denying their motion for an interlocutory injunction in an action seeking to enjoin the defendants from foreclosing on certain collateral related to various loan and security agreements. In Case Nos. A16A2140 and A16A2141, defendant Green Bull Georgia Partners, LLC, and its counsel, John W. Mills, III, have filed cross-appeals, seeking review of the superior court's order granting the plaintiffs' motion for contempt in the same underlying action.

The Georgia Constitution grants the Supreme Court general appellate jurisdiction over "[a]ll equity cases." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (2). "'[E]quity cases' are those in which a substantive issue on appeal involves the legality or propriety of equitable relief sought in the superior court – whether that relief was granted or denied." *Durham v. Durham*, 291 Ga. 231, 232 (2) (728 SE2d 627) (2012) (punctuation omitted). Here, the issues on appeal in Case No. A16A2139 appear to center on "the legality or propriety of equitable relief sought in the superior court" by the plaintiffs. See id. (punctuation omitted). Moreover, the ultimate responsibility for determining appellate jurisdiction is vested in the Supreme Court. See *Saxton v. Coastal Dialysis & Med. Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996). Consequently, Case No. A16A2139 is hereby TRANSFERRED to the

Supreme Court for disposition.  In the interests of judicial economy and judicial comity, Case Nos. A16A2140 and A16A2141 also are TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*_____08/15/2016_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*